UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYLE HOWARD, | ) |
| | ) CASE NO.: 5:17-cv-00726-GJS |
| Plaintiff, | ) |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($3,300.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: August 16, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE